IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JUDY A. MASSEY,  *

    Plaintiff  *

vs.  *

                                              CASE NO. 3:07-CV-03 (CDL)

MICHAEL J. ASTRUE, Commissioner  *
of Social Security,
                                    *

    Defendant
                                     *

O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 7, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 4th day of March, 2008.

                                                  S/Clay D. Land
                                                    CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE